# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1132

_____

United States of America,        *
           *

        Appellee,       *
           *  Appeal from the United States

   v.                *  District Court for the District
           *  of Nebraska.

Leonel Garcia-Garibay, also known as *
Marcos Gonzalez,         *     [UNPUBLISHED]
           *

        Appellant.     *

_____

Submitted:  January 7, 2004

Filed:  January 21, 2004

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Leonel Garcia-Garibay appeals the sentence the district court[*] imposed after Garicia-Garibay pleaded guilty to drug violations under 21 U.S.C. §§ 841 and 846. Garcia-Garibay argues he should be resentenced because defense counsel was ineffective for failing to file a timely motion to suppress evidence of methamphetamine seized during the search of Garcia-Garibay's home. We conclude

_____

[*]The Honorable Laurie Smith Camp, United States District Judge for the District of Nebraska.

this ineffective-assistance claim should be brought, if at all, in a 28 U.S.C. § 2255 motion. <u>See</u> <u>United States v. Hughes</u>, 330 F.3d 1068, 1069 (8th Cir. 2003). Consequently, we affirm the judgment of the district court.

_____